# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4167
_____

WILLIE JAMES ODOM,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

July 11, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Willie James Odom, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.